```
 1                 UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3                              No. 1:19-cv-12127-WGY

 4

 5   SECURITIES AND EXCHANGE COMMISSION,
               Plaintiff
 6

 7   vs.

 8

 9   SHUANG CHEN, et al,
               Defendants
10

11                      *********

12

13                  For Hearing Before:
                   Judge William G. Young
14

15        Preliminary Injunction/Status Conference

16

17                  United States District Court
                   District of Massachusetts (Boston)
                   One Courthouse Way
18                 Boston, Massachusetts 02210
                   Monday, October 28, 2019
19

20                      ********

21

22          REPORTER: RICHARD H. ROMANOW, RPR
                 Official Court Reporter
23              United States District Court
        One Courthouse Way, Room 5510, Boston, MA 02210
24              bulldog@richromanow.com

25
```

1                    A P P E A R A N C E S

2

3    ANDREW J. PALID, ESQ.
     MARTIN F. HEALEY, ESQ.
4        Securities and Exchange Commission - MA
         33 Arch Street, 23rd Floor
5        Boston, MA 02110-1424
         (617) 573-4540
6        Email: Palida@sec.gov.
         For plaintiff

7

8
     TIMOTHY K. CUTLER, ESQ.
9        Cutler & Wilensky, LLP
         460 Totten Pond Road, Suite 410
10       Waltham, MA 02451
         (617) 232-7501
11       Email: Tim@cutlerlegal.com
         For Defendant Vicky Liu

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2          (Begins, 2:45 p.m.)

3          THE CLERK:  Civil Matter 19-12127, Securities and

4     Exchange Commission versus Chen, et al.

5          THE COURT:  And good afternoon.  Would counsel

6     please identify themselves.

7          MR. PALID:  Good afternoon, your Honor, Andrew

8     Palid and Martin Healey for the Securities and Exchange

9     Commission.

10          MR. HEALEY:  Good afternoon, your Honor.

11          MR. CUTLER:  Good afternoon, your Honor, Timothy

12     Cutler on behalf of the defendant Chen.

13          THE COURT:  And does anyone appear for any of the

14     other defendants?

15          MR. CUTLER:  Not that we know about.  We only have

16     one defendant.

17          THE COURT:  All right.  Well, that's fine.

18          MR. PALID:  Just Chen?  Not Vicky Liu?

19          MR. CUTLER:  I mean -- I'm sorry, if I might give

20     you the -- yes, Vicky Liu, your Honor.

21          THE COURT:  Well, Vicky Liu --

22          MR. CUTLER:  Yes, you just entered the order.

23          THE COURT:  I did enter the order, because it was

24     stipulated.  So as to Liu, there's a preliminary

25     injunction.

1        You appear for Liu?

2        MR. CUTLER:  Yes.  I apologize, your Honor.  Yes,

3   I'm here on behalf of Liu, and --

4        THE COURT:  I understand.

5        Though he's not present, Mr. Parker appears for

6   Chen?

7        MR. PALID:  No, Mr. Parker appears for defendant,

8   um, Jiali Wang, and he is --

9        THE COURT:  Yes, I misspoke.  I did misspeak,

10  because I have papers here as to Jiali Wang, correct?

11        MR. PALID:  Yes.

12        THE COURT:  All right.  So let's -- so Liu,

13  there's a preliminary injunction in effect and -- yes,

14  thank you, but you're excused.

15        MR. CUTLER:  Yes, thank you, your Honor.  Sorry

16  for the confusion.

17        (Mr. Cutler leaves.)

18        THE COURT:  But Wang -- and forgive my

19  misspeaking, um -- well let me speak to the Clerk for a

20  minute.

21        (Pause.)

22        THE COURT:  Okay.  Have you seen his papers in the

23  criminal case?

24        MR. PALID:  Um, I have not seen his papers in the

25  criminal case, I have seen the papers that he filed in

```
 1    this case on Sunday, um --
 2          THE COURT:  Oh, he did -- I'm looking.  He did
 3    file them in this case.
 4          MR. PALID:  Yes, your Honor.  I have seen those.
 5          THE COURT:  All right.  Well that wasn't on for
 6    hearing this afternoon, but I would like to get it on
 7    for hearing before he asks us here.  And he says can we
 8    do it before, um -- well let's see.
 9          (Pause.)
10          THE CLERK:  Thursday morning?
11          MR. PALID:  If memory serves, your Honor, I
12    believe Mr. Parker said he'll be back in Massachusetts
13    on Wednesday.
14          THE COURT:  Yes, thank you.
15          (Pause.)
16          THE COURT:  So Thursday.  How about 9:30?
17          MR. PALID:  Yes, if we push it to 9:30, that would
18    be good.
19          THE COURT:  9:30 on the idea -- and I think it's
20    wise, I'm not going to cut into Magistrate Judge
21    Kelley's detention hearing, and so we've got a half an
22    hour.
23          MR. PALID:  That's fine, your Honor.
24          THE COURT:  Fine, so 9:30.  All right.
25          Have you had service on all these people?
```

1        MR. PALID:  Yes, your Honor.  So we have served

2   the defendants who are present in the United States.

3   We've served, um, Xiaosong Wang through his counsel in

4   the criminal case, who accepted service on his behalf.

5   We served defendant Jiali Wang via e-mail and also

6   provided a copy of the civil complaint, the temporary

7   restraining order and summons, to Peter Parker, his

8   counsel in the criminal case, who at that time did not

9   say he was representing him on the civil case, but

10  Mr. Wang is aware of the case, clearly, and has a copy

11  of the papers.  We served another defendant, Shun Sui,

12  who is the mother of Xiaosong Wang, and she is present

13  in the United States, we served her via process server.

14  And we served another defendant, Vicky Liu, um, who is a

15  U.S. citizen and resident of Massachusetts, um, via

16  process server.  All of the defendants and lead

17  defendants were served via e-mail at e-mail addresses

18  that we received from their brokerage accounts pursuant

19  to the terms of the temporary restraining order.

20       THE COURT:  All right.

21       When I -- how many of these people are under

22  criminal indictment?

23       MR. PALID:  As far as I'm aware two of them have

24  been arrested on criminal complaints, Xiaosong Wang and

25  Jiali Wang.  The other individuals, um, with the

1    exception of Vicky Liu and Shun Sui, who I just

2    mentioned, are all Chinese nationals who we believe to

3    still be in China.

4            THE COURT:  Okay.

5        When do you want to go to trial on this case?

6            MR. PALID:  The Commission is prepared to go to

7    trial on a regular trial schedule.

8            THE COURT:  Well what does that mean?

9            MR. PALID:  Whenever it suits the Court, your

10    Honor.

11            THE COURT:  Well you know what's going to happen,

12    the ones who are indicted criminally are going to say,

13    "Hold off on this until the criminal trial takes place,"

14    and they can say that with some merit.  So I would

15    propose to put this on for trial in November 2020.

16        Do you want to go faster than that?

17            MR. PALID:  No, your Honor.

18            THE COURT:  All right, so it's on the running

19    trial list for November 2020.

20        I'm going to grant a preliminary injunction -- the

21    preliminary injunction, in the language of the temporary

22    restraining order, until that trial or until the Court

23    further orders.

24        Understand that if any of these people want to get

25    out from under that injunction faster, I'm going to

```
1    be -- and I'm not talking about the specific concerns of
2    Jiali Wang, those we'll address Thursday morning, or the
3    concerns of the co-defendant or if they were to
4    supersede and to the other criminal indictments, those
5    are more discrete concerns.  I express no opinion on
6    that.  But if any of these people want a faster trial to
7    be relieved of the strictures of the, um -- of the now
8    preliminary injunction, I'm going to be sympathetic to
9    that, I'm going to set a hearing.  It's not going to be
10   for you to prove the need for a preliminary injunction,
11   because you say they have service, I accept your
12   representation, and I've now granted a preliminary
13   injunction, but as a case management matter I may well
14   -- considering the balance of the equities, revisit
15   that, require you to go to trial faster on some or more
16   of the -- or one or more of these people.
17        Do you understand?
18        MR. PALID:  Understood, your Honor.
19        THE COURT:  Very well.  So that's the order of the
20   Court.  It's continued subject to those constraints and
21   we'll hear the Jiali Wang concerns at 9:30 on Thursday
22   morning.  And I thank you very much.
23        MR. PALID:  Thank you, your Honor.
24        THE COURT:  We'll recess.
25        (Ends, 2:50 p.m.)
```

```
1                    C E R T I F I C A T E

2

3

4          I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

5    do hereby certify that the foregoing record is a true

6    and accurate transcription of my stenographic notes

7    before Judge William G. Young, on Monday, October 28,

8    2019, to the best of my skill and ability.

9

10

11

12    /s/ Richard H. Romanow 11-14-19
      _____
13    RICHARD H. ROMANOW    Date

14

15

16

17

18

19

20

21

22

23

24

25
```