UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) No. 19-CV-12127-WGY |
| SHUANG CHEN, et al., | ) |
| Defendants. | ) |
| WEIGUO GUAN, et al., | ) |
| Relief Defendants. | ) |

**DECLARATION OF Dr. EUGENE P. CANJELS**

Pursuant to 28 U.S.C. § 1746, I submit this Declaration based upon my personal knowledge, information, and belief.

1. I am an Assistant Director in the Division of Economic and Risk Analysis at the United States Securities and Exchange Commission ("SEC" or "Commission"). I currently work in the Office of Litigation Economics and supervise a staff of financial economists. As part of my position, I serve as a point of contact for attorneys throughout the Commission for information on financial and economic aspects of security law investigations.

2. My staff and I perform financial, economic, and statistical analyses to assist the Commission in its investigations and enforcement actions. Before joining the SEC in 2010, I performed similar analyses at Huron Consulting Group and Deloitte FAS. I have over 15 years of experience directing and executing analyses involving securities valuation, securities trading,

1

portfolio performance, and statistics. I have previously testified on behalf of the Commission in cases involving investment portfolio performance and security trading patterns.

3. I hold a Ph.D. in Economics from Northwestern University, and a Master's degree in Quantitative Economics from Maastricht University in the Netherlands. I have published in peer-reviewed academic journals, and I have taught courses in financial econometrics, microeconomics, time-series analysis, cross-section econometrics, and mathematical methods.

4. With respect to this case, staff of the SEC's Division of Enforcement asked me to review and update the analysis of my former colleague Scott E. Walster. In my work, I was assisted by staff in my office that previously assisted Mr. Walster on this matter. Mr. Walster signed a declaration on October 13, 2019 in which he described the coordinated trading activity of 160 security brokerage accounts; and on December 20, 2019 he signed a declaration that described the coordinated trading activity of 11 additional accounts in the names of Wenwen Du and Honglei Shi. I have added to the analysis one account in the name of Jiafeng Wang. I refer to the 172 accounts as the "Coordinated Accounts." Appendix 1 contains a full list of the Coordinated Accounts.

5. The coordinated trading activity consists of multiple accounts placing orders for the same security on both the buy side and sell side of the market simultaneously at prices that cross (e.g., the sell order price is at the same price or below the buy order price). I define a "Coordinated Event" as orders that cross in one of the following two ways: a.) limit orders with a buy (sell) price that is equal to or higher (lower) than the price of a sell (buy) order coming from

a Coordinated Account; or b.) market orders with a buy (sell) execution price that is equal to or higher (lower) than the price of a sell (buy) order coming from a Coordinated Account.[1]

6. Coordinated Events often occurred in cycles. A typical cycle begins with one or more Coordinated Accounts placing orders on lit exchanges[2] to sell a security at prices that depress the prevailing national best bid ("NBB") by transacting with outstanding buy orders and/or the national best offer ("NBO") by placing sell orders above the NBB and below the NBO. After the national best bid and offer ("NBBO") has been depressed, one or more Coordinated Accounts place orders to buy larger quantities of the security at the depressed prices. The buy orders are placed at prices that cross the prices of one or more of the outstanding sell orders, thereby resulting in Coordinated Events. The buy orders are routed to non-exchange venues (e.g., internalizers, third market makers, and dark pools) to be filled by market participants other than the Coordinated Accounts.[3] The Coordinated Accounts then reverse course, influencing the NBBO upward by sending buy orders to lit exchanges. Once the NBBO has been inflated, one or more accounts then send orders to non-exchange venues to sell larger quantities of the security at the inflated prices, thereby completing the cycle.[4]

7. The staff of the SEC's Division of Enforcement has also asked me to calculate the profits for the Coordinated Accounts obtained through Coordinated Event trading. For each

---

[1] In Mr. Walster's first declaration, Coordinated Events were restricted to executions from limit orders routed to non-exchange venues that crossed other limit orders placed on lit exchanges. I have also included executions from market orders routed to non-exchange venues that crossed limit orders placed on lit exchanges in my definition of a Coordinated Event.

[2] Registered exchanges that provide public information on security order prices.

[3] Internalizers are a division of brokerage firms that fill orders through the firm's own inventory. Third market makers are firms that stand ready to buy or sell a security at publicly quoted prices. See "Investor Publications, Trade Execution," Securities and Exchange Commission, https://www.sec.gov/reportspubs/investor-publications/investorpubstradexechtm.html, accessed September 22, 2021. Dark pools are alternative trading systems that do not publicly disseminate the price information of orders.

[4] Cycles may also occur in the reverse order, where the NBBO is first inflated by lit orders followed by orders sent to non-exchange venues to sell larger quantities of the security; then the NBBO is influenced downward to buy larger quantities of the security.

Coordinated Account, I analyzed the Coordinated Event profits by calculating realized profits across all the non-exchange venue executions and lit exchange executions. I measured realized profits as the difference between the sale price and purchase price for a security multiplied by the number of shares transacted. I completed the process of matching a Coordinated Account's purchases with its sales in three steps. First, on each day with a Coordinated Event I matched Coordinated Event purchases with Coordinated Event sales that occurred on the same day. If all the Coordinated Event purchases and sales on a day were matched at this point, then no additional matching was done. If any unmatched shares remained, I then matched these remaining Coordinated Event shares with same-day purchases or sales that occurred outside of an Event. Finally, if there were any remaining unmatched Coordinated Event purchases or sales, then I looked to subsequent trading days to match the remaining executions. For the purposes of this analysis, I am reporting Coordinated Event profits on only the short duration positions – those positions that were opened and closed on the same day or closed out on the next trading day. Short duration trades made up 95% of the Coordinated Event executions I analyzed – meaning only 5% of the trades were open for more than one day.

8. Appendix 2 shows the Coordinated Event profits for each of the Defendants and listed Relief Defendants.[5] The Coordinated Accounts as a collective group produced approximately $37.4 million in profits from Coordinated Event trading. The profit total is made up of gains from the non-exchange venue executions and losses from Event orders sent to lit exchanges. The Coordinated Accounts generated approximately $43.4 million in profits on the non-exchange venue side of the Coordinated Events, while the lit exchange orders lost approximately $6.0 million.

---

[5] Based on instruction from the SEC Enforcement staff, I calculated profits for the accounts in the name of Wenwen Du and Honglei Shi from December 23, 2014 through December 3, 2018; and for the remaining accounts I calculated profits from October 15, 2014 through December 3, 2018.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2021 in Palo Alto, CA.

Eugene P. Canjels

## APPENDIX 1 – List of Coordinated Accounts

|    | Name          | Data Provider       | Account ID |
|----|---------------|---------------------|------------|
| 1  | Chen, Shuang  | Interactive Brokers | XXXX0568   |
| 2  | Chen, Shuang  | SogoTrade           | XXXX5253   |
| 3  | Chen, Shuang  | TradeStation        | XXXX2450   |
| 4  | Du, Wenwen    | DAS Trader          | XXXX6364   |
| 5  | Du, Wenwen    | Interactive Brokers | XXXX6620   |
| 6  | Du, Wenwen    | Pershing            | XXXX2821   |
| 7  | Du, Wenwen    | SogoTrade           | XXXX6583   |
| 8  | Du, Wenwen    | TradeStation        | XXXX3502   |
| 9  | ForrestHK     | DAS Trader          | XXXX101    |
| 10 | ForrestHK     | DAS Trader          | XXXX102    |
| 11 | ForrestHK     | DAS Trader          | XXXX103    |
| 12 | ForrestHK     | DAS Trader          | XXXX104    |
| 13 | ForrestHK     | DAS Trader          | XXXX105    |
| 14 | ForrestHK     | DAS Trader          | XXXX106    |
| 15 | ForrestHK     | DAS Trader          | XXXX107    |
| 16 | ForrestHK     | DAS Trader          | XXXX108    |
| 17 | ForrestHK     | DAS Trader          | XXXX109    |
| 18 | ForrestHK     | DAS Trader          | XXXX110    |
| 19 | ForrestHK     | DAS Trader          | XXXX111    |
| 20 | ForrestHK     | DAS Trader          | XXXX112    |
| 21 | ForrestHK     | DAS Trader          | XXXX113    |
| 22 | ForrestHK     | DAS Trader          | XXXX114    |
| 23 | ForrestHK     | DAS Trader          | XXXX115    |
| 24 | ForrestHK     | DAS Trader          | XXXX116    |
| 25 | ForrestHK     | DAS Trader          | XXXX117    |
| 26 | ForrestHK     | DAS Trader          | XXXX118    |
| 27 | ForrestHK     | DAS Trader          | XXXX119    |
| 28 | ForrestHK     | DAS Trader          | XXXX120    |
| 29 | ForrestHK     | DAS Trader          | XXXX121    |
| 30 | ForrestHK     | DAS Trader          | XXXX122    |
| 31 | ForrestHK     | DAS Trader          | XXXX123    |
| 32 | ForrestHK     | DAS Trader          | XXXX124    |
| 33 | ForrestHK     | DAS Trader          | XXXX125    |
| 34 | ForrestHK     | DAS Trader          | XXXX126    |
| 35 | ForrestHK     | Interactive Brokers | XXXX7681   |
| 36 | ForrestHK     | Interactive Brokers | XXXX7776   |
| 37 | ForrestHK     | Interactive Brokers | XXXX7778   |
| 38 | ForrestHK     | Interactive Brokers | XXXX7779   |
| 39 | ForrestHK     | Interactive Brokers | XXXX7780   |

|    | Name | Data Provider | Account ID |
|----|------|---------------|------------|
| 40 | ForrestHK | Interactive Brokers | XXXX7782 |
| 41 | ForrestHK | Interactive Brokers | XXXX7785 |
| 42 | ForrestHK | Interactive Brokers | XXXX1091 |
| 43 | ForrestHK | Interactive Brokers | XXXX3251 |
| 44 | ForrestHK | Interactive Brokers | XXXX3252 |
| 45 | ForrestHK | Interactive Brokers | XXXX3256 |
| 46 | ForrestHK | Interactive Brokers | XXXX6173 |
| 47 | ForrestHK | Interactive Brokers | XXXX6175 |
| 48 | ForrestHK | Interactive Brokers | XXXX9226 |
| 49 | ForrestHK | Interactive Brokers | XXXX9227 |
| 50 | ForrestHK | Interactive Brokers | XXXX9229 |
| 51 | Gao, Lirong | Charles Schwab | XXXX5400 |
| 52 | Gao, Lirong | Firstrade | XXXX0653 |
| 53 | Gao, Lirong | Interactive Brokers | XXXX1003 |
| 54 | Gao, Lirong | Lightspeed | XXXX0502 |
| 55 | Gao, Lirong | Pershing | XXXX3464 |
| 56 | Gao, Lirong | SogoTrade | XXXX8376 |
| 57 | Guan, Jing | Interactive Brokers | XXXX3189 |
| 58 | Guan, Jing | TD Ameritrade | XXXX1880 |
| 59 | Guan, Weiguo | DAS Trader | XXXX1989 |
| 60 | Guan, Weiguo | Interactive Brokers | XXXX3167 |
| 61 | Jia, Tonghui | Charles Schwab | XXXX7925 |
| 62 | Jia, Tonghui | DAS Trader | XXXX5447 |
| 63 | Jia, Tonghui | Firstrade | XXXX1167 |
| 64 | Jia, Tonghui | Interactive Brokers | XXXX1818 |
| 65 | Jia, Tonghui | Lightspeed | XXXX0563 |
| 66 | Jia, Tonghui | Pershing | XXXX4322 |
| 67 | Jia, Tonghui | Scottrade | XXXX7878 |
| 68 | Jia, Tonghui | SogoTrade | XXXX0549 |
| 69 | Jia, Tonghui | TradeStation | XXXX4678 |
| 70 | Jia, Xuejie | Scottrade | XXXX3338 |
| 71 | Jia, Xuejie | SogoTrade | XXXX5458 |
| 72 | Liu, Jingquan | TD Ameritrade | XXXX2196 |
| 73 | Liu, Rishan | Interactive Brokers | XXXX0999 |
| 74 | Liu, Rishan | Lightspeed | XXXX0701 |
| 75 | Liu, Rishan | SogoTrade | XXXX2928 |
| 76 | Liu, Rishan | TD Ameritrade | XXXX3092 |
| 77 | Liu, Vicky | ETrade | XXXX4507 |
| 78 | Liu, Vicky | TD Ameritrade | XXXX9502 |
| 79 | Shi, Honglei | Firstrade | XXXX0951 |
| 80 | Shi, Honglei | Interactive Brokers | XXXX9071 |

|  | Name | Data Provider | Account ID |
|---|---|---|---|
| 81 | Shi, Honglei | Pershing | XXXX4397 |
| 82 | Shi, Honglei | SogoTrade | XXXX3783 |
| 83 | Shi, Honglei | TradeStation | XXXX0047 |
| 84 | Shi, Honglei | ViewTrade | XXXX0160 |
| 85 | Sui, Shun | Charles Schwab | XXXX1474 |
| 86 | Sui, Shun | DAS Trader | XXXX9827 |
| 87 | Sui, Shun | Firstrade | XXXX9297 |
| 88 | Sui, Shun | Lightspeed | XXXX0615 |
| 89 | Sui, Shun | Scottrade | XXXX6526 |
| 90 | Sui, Shun | SogoTrade | XXXX9974 |
| 91 | Sui, Shun | StockUSA | XXXX9827 |
| 92 | Sui, Shun | TD Ameritrade | XXXX3078 |
| 93 | Sui, Shun | TradeStation | XXXX7947 |
| 94 | Sun, Lujun | Firstrade | XXXX9202 |
| 95 | Sun, Lujun | Pershing | XXXX4595 |
| 96 | Sun, Lujun | Scottrade | XXXX0076 |
| 97 | Sun, Lujun | SogoTrade | XXXX4023 |
| 98 | Sun, Lujun | StockUSA | XXXX2779 |
| 99 | Sun, Lujun | TD Ameritrade | XXXX6387 |
| 100 | Wang, Huailong | DAS Trader | XXXX2756 |
| 101 | Wang, Huailong | Interactive Brokers | XXXX0639 |
| 102 | Wang, Huailong | SogoTrade | XXXX7009 |
| 103 | Wang, Jiadong | Charles Schwab | XXXX1390 |
| 104 | Wang, Jiadong | Firstrade | XXXX2580 |
| 105 | Wang, Jiadong | Interactive Brokers | XXXX5023 |
| 106 | Wang, Jiadong | Lightspeed | XXXX0760 |
| 107 | Wang, Jiadong | Pershing | XXXX4355 |
| 108 | Wang, Jiadong | Scottrade | XXXX8636 |
| 109 | Wang, Jiadong | SogoTrade | XXXX3797 |
| 110 | Wang, Jiadong | TD Ameritrade | XXXX1379 |
| 111 | Wang, Jiafeng | DAS Trader | XXXX4054 |
| 112 | Wang, Jiafeng | DAS Trader | XXXX2112 |
| 113 | Wang, Jiafeng | DAS Trader | XXXX2130 |
| 114 | Wang, Jiafeng | Interactive Brokers | XXXX3018 |
| 115 | Wang, Jiafeng | Scottrade | XXXX1448 |
| 116 | Wang, Jiafeng | SogoTrade | XXXX2596 |
| 117 | Wang, Jiafeng | TradeStation | XXXX0034 |
| 118 | Wang, Jiali | Interactive Brokers | XXXX6224 |
| 119 | Wang, Jiali | Scottrade | XXXX1486 |
| 120 | Wang, Luping | Firstrade | XXXX9288 |
| 121 | Wang, Luping | Interactive Brokers | XXXX5678 |

|     | Name            | Data Provider       | Account ID |
|-----|-----------------|---------------------|------------|
| 122 | Wang, Luping    | SogoTrade           | XXXX2799   |
| 123 | Wang, Xiaosong  | Charles Schwab      | XXXX2027   |
| 124 | Wang, Xiaosong  | DAS Trader          | XXXX3479   |
| 125 | Wang, Xiaosong  | DAS Trader          | XXXX9122   |
| 126 | Wang, Xiaosong  | Just2Trade          | XXXX4032   |
| 127 | Wang, Xiaosong  | KingTrade           | XXXX2035   |
| 128 | Wang, Xiaosong  | Lightspeed          | XXXX0051   |
| 129 | Wang, Xiaosong  | Scottrade           | XXXX3298   |
| 130 | Wang, Xiaosong  | SogoTrade           | XXXX3717   |
| 131 | Wang, Xiaosong  | TD Ameritrade       | XXXX7832   |
| 132 | Wang, Xiaosong  | TradeStation        | XXXX1783   |
| 133 | Wu, Linlin      | Charles Schwab      | XXXX7173   |
| 134 | Wu, Linlin      | Firstrade           | XXXX5379   |
| 135 | Wu, Linlin      | Interactive Brokers | XXXX7167   |
| 136 | Wu, Linlin      | Lightspeed          | XXXX0611   |
| 137 | Wu, Linlin      | Pershing            | XXXX4405   |
| 138 | Wu, Linlin      | Scottrade           | XXXX7216   |
| 139 | Wu, Linlin      | SogoTrade           | XXXX0556   |
| 140 | Wu, Linlin      | StockUSA            | XXXX0165   |
| 141 | Wu, Linlin      | TD Ameritrade       | XXXX1215   |
| 142 | Xing, Lin       | Charles Schwab      | XXXX2919   |
| 143 | Xing, Lin       | DAS Trader          | XXXX9155   |
| 144 | Xing, Lin       | DAS Trader          | XXXX2170   |
| 145 | Xing, Lin       | ETrade              | XXXX0050   |
| 146 | Xing, Lin       | Firstrade           | XXXX2793   |
| 147 | Xing, Lin       | Scottrade           | XXXX2448   |
| 148 | Xing, Lin       | SogoTrade           | XXXX4414   |
| 149 | Xing, Lin       | TradeStation        | XXXX1953   |
| 150 | Xu, Diansong    | Interactive Brokers | XXXX3361   |
| 151 | Yang, Weigang   | Firstrade           | XXXX5721   |
| 152 | Yang, Weigang   | Interactive Brokers | XXXX9259   |
| 153 | Yang, Weigang   | Lightspeed          | XXXX0671   |
| 154 | Yang, Weigang   | SogoTrade           | XXXX2092   |
| 155 | Yang, Weigang   | TD Ameritrade       | XXXX9614   |
| 156 | Yang, Yong      | Charles Schwab      | XXXX4214   |
| 157 | Yang, Yong      | DAS Trader          | XXXX1282   |
| 158 | Yang, Yong      | Firstrade           | XXXX6505   |
| 159 | Yang, Yong      | Interactive Brokers | XXXX9311   |
| 160 | Yang, Yong      | Lightspeed          | XXXX0579   |
| 161 | Yang, Yong      | Pershing            | XXXX4389   |
| 162 | Yang, Yong      | SogoTrade           | XXXX8245   |

|     | Name            | Data Provider       | Account ID |
|-----|-----------------|---------------------|------------|
| 163 | Yang, Yong      | TradeStation        | XXXX6465   |
| 164 | Zhai, Jingru    | Firstrade           | XXXX0060   |
| 165 | Zhai, Jingru    | Interactive Brokers | XXXX2973   |
| 166 | Zhai, Jingru    | SogoTrade           | XXXX3007   |
| 167 | Zhao, Jiancheng | Charles Schwab      | XXXX9327   |
| 168 | Zhao, Jiancheng | DAS Trader          | XXXX1302   |
| 169 | Zhao, Jiancheng | Firstrade           | XXXX3527   |
| 170 | Zhao, Jiancheng | Interactive Brokers | XXXX9381   |
| 171 | Zhao, Jiancheng | Lightspeed          | XXXX0660   |
| 172 | Zhao, Jiancheng | SogoTrade           | XXXX9049   |

# APPENDIX 2

# Coordinated Event Profits
## October 15, 2014 - December 3, 2018

|    | Name | Coordinated Events | First Event | Last Event | Total Profits | Profits before June 15, 2017 | Profits on or after June 15, 2017 |
|----|------|-------------------:|-------------|------------|--------------:|-----------------------------:|----------------------------------:|
| 1  | Wu, Linlin | 10,185 | 4/24/17 | 10/15/18 | $6,116,493 | $7,668 | $6,108,825 |
| 2  | Wang, Jiadong | 4,018 | 2/26/18 | 12/3/18 | $5,648,632 | $0 | $5,648,632 |
| 3  | Sun, Lujun | 3,749 | 2/26/18 | 12/3/18 | $4,116,966 | $0 | $4,116,966 |
| 4  | Xing, Lin | 26,392 | 1/9/15 | 10/16/18 | $3,820,667 | $3,937,187 | ($116,521) |
| 5  | Jia, Tonghui | 23,532 | 6/3/16 | 11/30/18 | $3,164,492 | $2,869,365 | $295,126 |
| 6  | Gao, Lirong | 18,636 | 10/25/16 | 10/10/18 | $2,507,455 | $2,366,615 | $140,841 |
| 7  | Yang, Yong | 9,499 | 10/11/16 | 10/15/18 | $2,500,309 | $1,208,343 | $1,291,966 |
| 8  | Du, Wenwen | 19,497 | 10/26/15 | 10/10/18 | $2,466,894 | $1,782,530 | $684,363 |
| 9  | Liu, Vicky | 5,246 | 11/3/16 | 11/30/18 | $1,351,456 | $153,552 | $1,197,903 |
| 10 | Wang, Xiaosong | 15,836 | 10/15/14 | 8/20/18 | $1,235,056 | $1,152,412 | $82,645 |
| 11 | Zhao, Jiancheng | 17,384 | 10/10/16 | 10/17/18 | $1,215,892 | $700,501 | $515,391 |
| 12 | Sui, Shun | 17,672 | 6/15/17 | 11/29/18 | $1,023,354 | $0 | $1,023,354 |
| 13 | Chen, Shuang | 15,760 | 3/23/15 | 8/31/18 | $929,139 | $928,586 | $553 |
| 14 | Wang, Jiafeng | 21,875 | 10/15/14 | 10/16/18 | $905,441 | $933,526 | ($28,084) |
| 15 | Jia, Xuejie | 3,628 | 5/6/15 | 8/30/18 | $851,596 | $853,493 | ($1,897) |
| 16 | Wang, Huailong | 15,097 | 1/13/16 | 10/15/18 | $674,845 | $1,084,072 | ($409,227) |
| 17 | Yang, Weigang | 9,825 | 11/2/17 | 9/26/18 | $308,207 | $0 | $308,207 |
| 18 | Liu, Rishan | 12,576 | 2/27/18 | 11/29/18 | $236,827 | $0 | $236,827 |
| 19 | Guan, Jing | 212 | 1/7/16 | 2/19/16 | $183,515 | $183,515 | $0 |
| 20 | Shi, Honglei | 3,036 | 12/31/14 | 10/16/18 | $141,134 | $42,689 | $98,445 |
| 21 | Liu, Jingquan | 482 | 7/30/18 | 8/23/18 | $88,101 | $0 | $88,101 |
| 22 | Wang, Jiali | 297 | 11/7/14 | 11/1/16 | $81,870 | $81,870 | $0 |
| 23 | Wang, Luping | 1,556 | 7/25/17 | 5/30/18 | $47,975 | $0 | $47,975 |
| 24 | Zhai, Jingru | 81 | 5/9/18 | 10/5/18 | $23,304 | $0 | $23,304 |
| 25 | Guan, Weiguo | 98 | 10/15/14 | 12/15/14 | $5,362 | $5,362 | $0 |
| 26 | ForrestHK | 114,975 | 10/15/14 | 9/8/17 | ($2,225,761) | ($2,135,231) | ($90,529) |
|    |   | 187,551 | 10/15/14 | 12/3/18 | $37,419,222 | $16,156,055 | $21,263,167 |

Sources: Order and Execution Blotters

Notes: Event profits generated by Honglei Shi and Wenwen Du prior to December 23, 2014 are excluded.