UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.   19-cv-12127-WGY |
| Plaintiff, | | |
| v. | | |
| SHUANG CHEN, et al., | | |
| Defendants, | | |
| WEIGUO GUAN, et al., | | |
| Relief Defendants. | | |

**ASSENTED-TO MOTION TO DISMISS**
**RELIEF DEFENDANT WV FORREST INVESTMENTS, LLC**

With the assent of relief defendant WV Forrest Investments, LLC ("WV Forrest"), Plaintiff Securities and Exchange Commission (the "Commission") hereby files this motion to dismiss its case against WV Forrest pursuant to Fed. R. Civ. P. 41(a)(1)(B). As grounds for this request, the Commission states as follows:

1. On December 23, 2019, the Commission charged WV Forrest as a relief defendant with being unjustly enriched by receiving funds from the defendants' fraudulent scheme, and the Commission sought disgorgement. Dkt. No. 74 ("Amended Complaint") at ¶¶46, 83, 115-117, Prayer for Relief, ¶C. Disgorgement was the only relief sought against WV Forrest.

2. In light of defendant Jiali Wang's ownership of WV Forrest and the judgment recently entered by this Court against Wang, *see* Dkt. No. 214, the Commission no longer intends to seek disgorgement from WV Forrest and therefore there is no reason for WV Forrest to continue as a relief defendant in this matter.

WHEREFORE, the Commission respectfully requests that the Court dismiss the claims pending in this civil action as to WV Forrest.

        SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Andrew Palid
Andrew Palid (Mass Bar No. 664968)
    Senior Enforcement Counsel
Martin F. Healey (Mass Bar No. 227550)
    Regional Trial Counsel

Dated:  March 27, 2023

## Certificate of Service

I, Andrew Palid, certify that on March 27, 2023, a true and correct copy of Plaintiff's Assented-To Motion to Dismiss Relief WV Forrest Investments, LLC was filed through the Court's CM/ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.  In addition, all defendants and relief defendants will be promptly served by email either directly, or through counsel, at addresses attributed to them.

/s/ Andrew Palid
Andrew Palid