UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   19-cv-12127-WGY |
| SHUANG CHEN, et al. | ) ) ) | |
| Defendants. | ) ) ) | |
| WEIGUO GUAN, et al. | ) ) ) | |
| Relief Defendants. | ) ) | |

**ASSENTED-TO MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT
AGAINST RELIEF DEFENDANT WANNIAN INVESTMENT**

With the assent of Relief Defendant Wannian Investment, Inc. ("Wannian"), Plaintiff Securities and Exchange Commission (the "Commission") moves that this Court enter the attached proposed Final Judgment as to Relief Defendant Wannian Investment, Inc. ("Final Judgment"), attached hereto as Exhibit A.  The Commission and Wannian have agreed to all terms in the Final Judgment.  In support of this motion, the Commission has filed a Consent signed by Wannian, memorializing its agreement to the terms of the Final Judgment, attached hereto as Exhibit B.

Specifically, Wannian consents to liability for disgorgement of $4,121,754.65, representing net profits gained as a result of the conduct alleged in the Amended Complaint that were transferred to Wannian.  Section 21(d)(7) of the Exchange Act provides that the Commission may seek, and the Court may order, disgorgement.  See 15 U.S.C. § 78u(d)(7).

For the reasons outlined above, the Commission respectfully requests that the Court enter the attached proposed Final Judgment as to Wannian.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Andrew Palid
Andrew Palid (Mass Bar No. 664968)
    Enforcement Counsel
Martin F. Healey (Mass Bar No. 227550)
    Regional Trial Counsel

Dated: February 15, 2024

### Certificate of Service

I, Andrew Palid, certify that on February 15, 2024, a true and correct copy of the Assented-To Motion for Entry of Proposed Final Judgment Against Relief Defendant Wannian Investment, Inc., Final Judgment as to Relief Defendant Wannian Investment, Inc., and Consent of Relief Defendant Wannian Investment, Inc. was filed through the Court's CM/ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. In addition, all defendants and relief defendants were served by email either directly, or through counsel, at addresses attributed to them.

Dated: February 15, 2024

                                                  //s// Andrew Palid
                                                  Andrew Palid